344

No. 63360.—Guy B. Barham Co. and Rogan & Company et al. *v.* United States, protests 313364–K, etc. (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D 2023), the claim of the plaintiffs was sustained.

No. 63361.—Miya Co., Inc. *v* United States, protests 317917–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiff was sustained.

No. 63362.—Chong Kee Jan Co. et al. *v.* United States, protests 59/10015, etc. (San Francisco).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of plastic mahjong sets similar in all material respects to those the subject of Abstract 62151, the claim of the plaintiffs was sustained.

No. 63363.—L. A. Ferm Company, Inc., et al. *v.* United States, protests 58/21415, etc. (New York).

Opinion by MOLLISON, J. The protests were dismissed.